IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROME LIVINGSTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MELISSA HAINSWORTH,** | : | |
| **Superintendent and THE ATTORNEY** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 22-2306** |

## ORDER

**NOW**, this 24th day of June, 2024, upon consideration of the Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Doc. No. 1), the response to the Petition, the Report and Recommendation filed by United States Magistrate Judge Craig M. Straw (Doc. No. 17), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation of Magistrate Judge Craig M. Straw is **APPROVED** and **ADOPTED**;

    2.    The Petition for Writ of *Habeas Corpus* is **DENIED**; and

    3.    No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

_____
TIMOTHY J. SAVAGE, J.